HENRY RAMER, PLAINTIFF-APPELLANT, v. BRENDAN T. BYRNE, GOVERNOR OF THE STATE OF NEW JERSEY; ED HOFGESANG, COMPTROLLER AND DIRECTOR OF BUDGET AND ACCOUNTING IN THE DEPARTMENT OF THE TREASURY OF THE STATE OF NEW JERSEY; JOHN DEGNAN, ACTING SECRETARY TO THE GOVERNOR OF THE STATE OF NEW JERSEY; DOROTHY ANN SELTZER, PERSONAL SECRETARY TO THE GOVERNOR OF THE STATE OF NEW JERSEY, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued September 26, 1978—Decided October 6, 1978.

Before Judges LORA, MICHELS and LARNER.

*Mr. Henry Ramer,* appellant, argued the cause *pro se.*

*Mr. Michael Cole,* Deputy Attorney General, argued the cause for respondents (*Mr. John J. Degnan,* Attorney General of New Jersey, attorney; *Mr. Paul G. Levy,* Assistant Attorney General, of counsel and on the brief).

PER CURIAM. We affirm substantially for the reasons expressed by Assignment Judge Schoch in his written opinion reported at 154 *N. J. Super.* 463 (Law Div. 1977).